UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENJUAN DE ADAMS,<br><br>   Petitioner,<br><br> v.<br><br>A. HEDGPETH, Warden,<br><br>   Respondent. | )  No. CV 11-4330 VBF (FFM)<br>)<br>)<br>)  JUDGMENT<br>)<br>)<br>)<br>)<br>) |

 Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 03/27/12

*Valerie Baker Fairbank*

    VALERIE B. FAIRBANK
    United States District Judge